

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY LEON HAMMER, </br> Petitioner, | ) </br> ) </br> ) | Civil Action No. 7:16-cv-00517 |
| v. | ) </br> ) | ORDER |
| SHERIFF BRYAN HUTCHESON, </br> Respondent. | ) </br> ) </br> ) | By: Hon. Jackson L. Kiser </br> Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 15th day of November, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge